# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID L. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-09-0119-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff seeks judicial review pursuant to 42 U.S.C. § 405(g), of the final decision of the defendant Commissioner, denying plaintiff's concurrent applications for disability insurance and supplemental security income benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423 and 1382. Magistrate Judge Gary M. Purcell issued a Report and Recommendation on January 11, 2010, recommending that the Commissioner's decision be affirmed. The Report advised the parties of their right to file an objection to the Report on or before February 1, 2010, and advised that failure to timely object would waive appellate review of the recommended ruling. No objection has been filed, and no request for an extension of time within which to file an objection has been filed.

With no objection filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by any additional analysis here, and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Purcell as stated in his Report and Recommendation. The Commissioner's decision is **AFFIRMED**.

Dated this 2nd day of February, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0119p002.wpd